**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 29, 2013

Mr. Gregg Henry Bachmann
Office of the Ohio Attorney General
30 E. Broad Street
25th Floor
Columbus, OH 43215

Mr. David C. Bender
McGillivray, Westerberg & Bender
211 S. Paterson Street
Suite 320
Madison, WI 53703

Mr. Michael Edward Born
Shumaker, Loop & Kendrick
41 S. High Street
Suite 2400
Columbus, OH 43215

Ms. Cheri Ann Budzynski
Shumaker, Loop & Kendrick
1000 Jackson Street
Toledo, OH 43604

Ms. Amy J. Dona
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Ms. Elizabeth R. Ewing
Office of the Ohio Attorney General
30 E. Broad Street
25th Floor
Columbus, OH 43215

Mr. Aaron Scott Farmer

Office of the Ohio Attorney General
30 E. Broad Street
25th Floor
Columbus, OH 43216

Mr. Scott Fulton
U.S. Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue, N.W. (MC2344a)
Washington, DC 20460-0000

Ms. Jessica O'Donnell
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Mr. Louis E Tosi
Shumaker, Loop & Kendrick
1000 Jackson Street
Toledo, OH 43604

Mr. Robert Ukeiley
Law Office
507 Center Street
Berea, KY 40403

Mr. Dale T. Vitale
Office of the Ohio Attorney General
30 E. Broad Street
25th Floor
Columbus, OH 43215

       Re: Case No. 12-3169/12-3182/12-3420, *Sierra Club v. EPA, et al*
          Originating Case No. : EPA-R04-OAR-2010-0937

Dear Counsel,

 The briefing schedule for this case has been reset and the briefs and appendices listed below must be filed electronically with the Clerk's office no later than these dates.

  Petitioner's Brief         Filed electronically by **June 28, 2013**
  Appendix (if required by 6th Cir.
   R. 30(c) and (f))

  Respondent's Brief        Filed electronically by **August 28, 2013**

    Appendix (if required by 6th Cir.
     R. 30(c) and (f))

| | |
|---|---|
| Petitioner's Reply Brief<br>(Optional) | Filed electronically **17** days after the respondent's brief is filed. See Fed. R. App. P. 26(c) |

    A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard.  *See* 6th Cir. R. 34(a).  If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

    In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict.  If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

                                              Sincerely yours,

                                              s/Jill Colyer
                                              Case Manager
                                              Direct Dial No. 513-564-7024